155 So. 916

General ALLEN v. STATE.

8 Div. 934

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Appeal dismissed.

159 So. 889

Howard ALLEN v. STATE.

6 Div. 650.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.
Appeal dismissed.

155 So. 915

Will ALLEN v. STATE.

8 Div. 930.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Appeal dismissed.

151 So. 923

ALL STATES LIFE INS. CO. v. Marvin WATSON.

3 Div. 730.

Court of Appeals of Alabama.
Dec. 21, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.